**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| eTOYS DIRECT 1, LLC, et al.[1], | ) | Case No. 08-13412 (BLS) |
| Debtors. | ) | Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No. 10-51659 |
| D.E. SHAW AND COMPANY, L.P. | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

The Official Committee of Unsecured Creditors of eToys Direct 1, LLC, *et al.*, by and through its undersigned counsel, pursuant to Fed.R.Civ.P. 41(a), made applicable by Fed.R.Bankr.P. 7041, hereby voluntarily dismisses its Complaint to Avoid and Recover Avoidable Transfers Pursuant to 11 U.S.C. §§ 547, 548 and/or 549 and 550 and to Disallow Claim(s) Pursuant To 11 U.S.C. § 502(D).

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, if applicable, are: (i) eToys Direct 1, LLC (N/A); (ii) The Parent Company (7093); (iii) BabyUniverse, Inc. (7990); (iv) Dreamtime Baby, Inc. (8047); (v) eToys Direct, Inc. (7296); (vi) Posh Tots, Inc. (8660); (vii) eToys Direct 2, LLC (N/A); (viii) eToys Direct 3, LLC (N/A); (ix) Gift Acquisition, L.L.C. (0279); and (x) My Twinn, Inc. (1842) (collectively, the "Debtors").

Dated: August 19, 2010
Wilmington, Delaware

Respectfully submitted,

WHITEFORD TAYLOR PRESTON LLC

/s/ Thomas J. Francella, Jr.

Thomas J. Francella, Jr., Esquire (ID #3835)
Chad J. Toms, Esquire (ID # 4155)
1220 N. Market Street
Suite 608
Wilmington, DE 19801
Telephone: 302.353.4144
Facsimile: 302.661.7950
tfrancella@wtplaw.com
ctoms@wtplaw.com

and

Justin Fasano (MD Bar No. 28659)
Seven Saint Paul Street, Suite 1300
Baltimore, MD 21202
Telephone: 410.347.9482
jfasano@wtplaw.com

Counsel for the Official Committee of
Unsecured Creditors